159 A.3d 946

**Stanley J. CATERBONE, Petitioner**

v.

**RESIDENTS OF THE COUNTY OF LANCASTER PENNSYLVANIA, Respondent**

**No. 495 MAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**